**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7053**

---

WALLACE MITCHELL,

Plaintiff - Appellant,

versus

Y. ELSWICK; E. C. MORRIS; MORTON GILBERT, SR.;
KEVIN ROBINSON, Officer, Red Onion State
Prison; K. BARNES; DWAYNE HOPKINS; CALVIN B.
WILLIAMS; LIEUTENANT BENNETT; CAPTAIN PEREZ;
ROBERT FULTON; JAMES MURPHY; EDMUND P. WALSH;
GLORIA J. NELSON; CHARLES FRANCIS, St./Red
Onion State Prison; VIRGINIA DEPARTMENT OF
CORRECTIONS; DISTRICT OF COLUMBIA DEPARTMENT
OF CORRECTIONS; LYNN REYNOLDS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-99-46-7)

---

Submitted: December 16, 1999      Decided: December 21, 1999

---

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Wallace Mitchell, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wallace Mitchell appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's memorandum opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mitchell v. Elswick</u>, No. CA-99-46-7 (W.D. Va. May 21 & July 19, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>